(February 21, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND O'KEEFE, ANTONIO ROMEO, LOUIS DIMBRO, JOSEPH BANOVIC, Alias "BINGO JOE", KEISER JOSEPH, Alias "MUSHY KEISER", DEMETRIUS SARACENO, SIDNEY GOODSITE, Alias "SHIMMY", MARTIN MONDOLFI, LOUIS FIATO and JOSEPH CAPALACES, Appellants, et al., Defendants.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 809.]

FIRST DEPARTMENT, MARCH, 1952.

(March 4, 1952.)

GREAT NORTHERN TELEGRAPH COMPANY, LIMITED, Respondent, v. YOKOHAMA SPECIE BANK, LIMITED, in Liquidation, Respondent, and CHARTERED BANK OF INDIA, AUSTRALIA AND CHINA, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Bergan, JJ. [See *post*, p. 1064.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN P. MCMAHON, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ.; Cohn and Van Voorhis, JJ., dissent in part voting to reverse the conviction of assault in the third degree and to dismiss that charge in the information, but to affirm the conviction upon the charge of practicing medicine without a license. The assault charge cannot be sustained in view of the consent of the complainant who was a person of mature age.

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Temporary Administrator of the Estate of and as Executor of EUGENE HIGGINS, Deceased. MARTIN J. DIETZ, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of EUGENE HIGGINS, Deceased, Appellant. — No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Bergan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint with leave to replead in *quantum meruit*. [See *post*, p. 1006.]